**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **San Mateo IG, LLC** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | **25-70219** |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  San Mateo Development Investment LLC<br>300 S. Col Rowe Blvd., Ste. AB<br>Mcallen, TX 78501 | | Loan advance | | | | $194,000.00 |
| 2  Adriana G. Garza<br>504 San Mateo Ave.<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 3  Bianca Chavez<br>516 San Mateo<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 4  Brandon Vazquez<br>434 San Mateo Ave.<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 5  Eddie Guiterrez<br>520 San Mateo<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 6  Edgar Pulido<br>441 W. 5th Street<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 7  Guillermo Berrones<br>449 W. 5th Street<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 8  Hayden Hambly<br>512 San Mateo<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |

| Debtor | **San Mateo IG, LLC** | | Case number *(if known)* | **25-70219** |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Jesus Maltos<br>508 San Mateo<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 10 | Krystal Hernandez<br>430 San Mateo Ave.<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 11 | Oziel Vazquez<br>424 San Mateo<br>La Joya, TX 78560 | | Security Deposit | | | | $800.00 |
| 12 | Cesar Santos Rodriguez<br>445 W. 5th Street<br>La Joya, TX 78560 | | Security Deposit | | | | $750.00 |
| 13 | Jose Barrera<br>437 W. 5th Street<br>La Joya, TX 78560 | | Security Deposit | | | | $750.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor Name | **San Mateo IG, LLC** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-70219** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking account** | 5  0  9  8 | $3,525.91 |
| 3.2. | **Bank of America** | **Checking account** | 6  9  3  2 | $107.58 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $3,633.49 |
   |---|

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 **Security deposit** _____ $800.00

Debtor    **San Mateo IG, LLC**                                    Case number *(if known)* 25-70219
          Name

| | | |
|---|---|---:|
| 7.2 | **Security deposit** | $800.00 |
| 7.3 | **Security deposit** | $800.00 |
| 7.4 | **Security deposit** | $800.00 |
| 7.5 | **Security deposit** | $800.00 |
| 7.6 | **Security deposit** | $800.00 |
| 7.7 | **Security deposit** | $800.00 |
| 7.8 | **Security deposit** | $800.00 |
| 7.9 | **Security deposit** | $800.00 |
| 7.10 | **Security deposit** | $800.00 |
| 7.11 | **Security deposit** | $750.00 |
| 7.12 | **Security deposit** | $750.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____    _____

    8.2  _____    _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                    | $9,500.00 |

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                         **Current value of
                                                                         debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____  -  _____  =.....➔    _____
                               face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:  _____  -  _____  =.....➔    _____
                            face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | _____ |

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

Debtor   **San Mateo IG, LLC**
　　　　　　Name

Case number *(if known)* **25-70219**

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:　　　　　　　　　　　　　　　　　% of ownership:

| 15.1 _____ | _____ | _____ | _____ |
|---|---|---|---|
| 15.2 _____ | _____ | _____ | _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 _____ | | _____ | _____ |
|---|---|---|---|
| 16.2 _____ | | _____ | _____ |

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

_____

---

**Part 5:**　　**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

---

Official Form 206A/B　　　　　**Schedule A/B: Assets — Real and Personal Property**　　　　　page 3

Debtor   **San Mateo IG, LLC**
_____
Name

Case number *(if known)* **25-70219**

---

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| _____ |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

---

Official Form 206A/B           Schedule A/B: Assets — Real and Personal Property           page 4

Debtor    **San Mateo IG, LLC**                                    Case number *(if known)* **25-70219**
          Name

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-----------------------|-----------------------------------------|-------------------------------------|
| **39. Office furniture** | | | |
| _____ | _____ | _____ | _____ |
| **40. Office fixtures** | | | |
| _____ | _____ | _____ | _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | _____ | _____ | _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                    _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------|

Debtor  **San Mateo IG, LLC**
        Name

Case number *(if known)* **25-70219**

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

**51.** **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

_____

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor   **San Mateo IG, LLC**                                         Case number *(if known)* __25-70219__
         Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Townhome** / 424 San Mateo Ave. La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.2 **Townhome** / 430 San Mateo Ave. La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.3 **Townhome** / 434 San Mateo Ave. La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.4 **Townhome** / 504 San Mateo Ave. La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.5 **Townhome** / 508 San Mateo Ave. La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.6 **Townhome** / 512 San Mateo Ave. La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.7 **Townhome** / 516 Mateo Ave. La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.8 **Townhome** / 520 San Mateo Ave. La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.9 **Townhome** / 449 W. 5th Street La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.10 **Townhome** / 445 W. 5th Street La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.11 **Townhome** / 441 W. 5th Street La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |
| 55.12 **Townhome** / 437 W. 5th Street La Joya, TX 78560 | Fee Simple | unknown | | $150,000.00 |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | $1,800,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.

    ☐ Yes. Fill in the information below.

Debtor  **San Mateo IG, LLC**

Name

Case number *(if known)* **25-70219**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____  _____  –  _____  = →  _____

Total face amount   doubtful or uncollectible amount

Debtor   **San Mateo IG, LLC**

Name

Case number *(if known)* **25-70219**

---

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Tax year _____

Tax year _____

Tax year _____

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Nature of claim _____

Amount requested _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim _____

Amount requested _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor **San Mateo IG, LLC**

Name

Case number *(if known)* **25-70219**

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,633.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................ ➔ | | $1,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $13,133.49 + 91b. | $1,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ | | $1,813,133.49 |

Fill in this information to identify the case:

Debtor name **San Mateo IG, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (if known): **25-70219**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1.** **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** Creditor's name<br>**ABL RPC Residential**<br><br>Creditor's mailing address<br>**Credit Acquisition, LLC**<br><br>**30 Montgomery Street, Suite 150**<br><br>**Jersey City, NJ 07302**<br><br>Creditor's email address, if known<br><br><br>Date debt was incurred _____<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br><br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Townhome, Townhome, Townhome, Townhome, Townhome, Townhome, Townhome, Townhome, Townhome, Townhome, Townhome<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000,002.00 | $1,800,000.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,000,002.00

Fill in this information to identify the case:

Debtor name **San Mateo IG, LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): **25-70219**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**ATTORNEY GENERAL OF TEXAS**<br>**TAXATION DIVISION BANKRUPTCY**<br>**BOX 12548 CAPITAL STATION**<br>**AUSTIN, TX 78711**<br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address<br>**Hidalgo County Tax Assessor-Collector**<br>**P.O. Box 178**<br>**Edinburg, TX 78540**<br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 | $0.00 |

Debtor   **San Mateo IG, LLC**
Name

Case number *(if known)*   **25-70219**

---

**Part 1:** **Additional Page**

**2.3** Priority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**

**Special Procedures - Insolvency**

**P.O. BOX 21126**

**PHILADELPHIA, PA 19114**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**        **$0.00**

**2.4** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

**Austin, TX 78711-3528**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**        **$0.00**

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **San Mateo IG, LLC** | Case number *(if known)* | **25-70219** |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Adriana G. Garza**

**504 San Mateo Ave.**

**La Joya, TX 78560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$800.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.2** Nonpriority creditor's name and mailing address

**Bianca Chavez**

**516 San Mateo**

**La Joya, TX 78560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$800.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.3** Nonpriority creditor's name and mailing address

**Brandon Vazquez**

**434 San Mateo Ave.**

**La Joya, TX 78560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$800.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.4** Nonpriority creditor's name and mailing address

**Cesar Santos Rodriguez**

**445 W. 5th Street**

**La Joya, TX 78560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

**$750.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Debtor    **San Mateo IG, LLC**
          Name                                            Case number *(if known)*    **25-70219**

---

**Part 2:** **Additional Page**

---

**3.5** Nonpriority creditor's name and mailing address

**Eddie Guiterrez**

**520 San Mateo**

**La Joya, TX 78560**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Edgar Pulido**

**441 W. 5th Street**

**La Joya, TX 78560**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Guillermo Berrones**

**449 W. 5th Street**

**La Joya, TX 78560**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Hayden Hambly**

**512 San Mateo**

**La Joya, TX 78560**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **San Mateo IG, LLC** | | Case number *(if known)* | **25-70219** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | **Additional Page** |
|---|---|

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|
| | **Jesus Maltos** | ☐ Contingent | |
| | **508 San Mateo** | ☐ Unliquidated | |
| | **La Joya, TX 78560** | ☐ Disputed | |
| | | **Basis for the claim:** Security Deposit | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|
| | **Jose Barrera** | ☐ Contingent | |
| | **437 W. 5th Street** | ☐ Unliquidated | |
| | **La Joya, TX 78560** | ☐ Disputed | |
| | | **Basis for the claim:** Security Deposit | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|
| | **Krystal Hernandez** | ☐ Contingent | |
| | **430 San Mateo Ave.** | ☐ Unliquidated | |
| | **La Joya, TX 78560** | ☐ Disputed | |
| | | **Basis for the claim:** Security Deposit | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|
| | **Oziel Vazquez** | ☐ Contingent | |
| | **424 San Mateo** | ☐ Unliquidated | |
| | **La Joya, TX 78560** | ☐ Disputed | |
| | | **Basis for the claim:** Security Deposit | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| Debtor | San Mateo IG, LLC | Case number *(if known)* | 25-70219 |
|---|---|---|---|
| | Name | | |

---

### Part 2:   Additional Page

**3.13** Nonpriority creditor's name and mailing address

San Mateo Development Investment LLC

300 S. Col Rowe Blvd., Ste. AB

Mcallen, TX 78501

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan advance**

Is the claim subject to offset?
☑ No
☐ Yes

$194,000.00

---

**3.14** Nonpriority creditor's name and mailing address

Sandra Zamora

Sandra Zamora Insurance Agency

2013 N. Conway

Mission, TX 78572

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.15** Nonpriority creditor's name and mailing address

Travis H. Gray

Jack O'Boyle & Associates, PLLC

P.O. Box 815369

Dallas, TX 75381

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | San Mateo IG, LLC | Case number *(if known)* | 25-70219 |
| --- | --- | --- | --- |
| | Name | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b.  **+** | $203,500.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $203,500.00 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **San Mateo IG, LLC** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-70219** Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Adriana G. Garza |
| | | | 504 San Mateo Ave. |
| | State the term remaining | 6 months | La Joya, TX 78560 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Brandon Vazquez |
| | | | 434 San Mateo Ave. |
| | State the term remaining | 7 months | La Joya, TX 78560 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Cesar Santos Rodriguez |
| | | | 445 W. 5th Street |
| | State the term remaining | 7 months | La Joya, TX 78560 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Eddie Guiterrez |
| | | | 520 San Mateo |
| | State the term remaining | 4 months | La Joya, TX 78560 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Edgar Pulido |
| | | | 441 W. 5th Street |
| | State the term remaining | 9 months | La Joya, TX 78560 |
| | List the contract number of any government contract | | |

| Debtor | San Mateo IG, LLC | Case number (if known) 25-70219 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.6**

| State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Guillermo Berrones |
|---|---|---|
| | | 449 W. 5th Street |
| State the term remaining | 6 months | La Joya, TX 78560 |
| List the contract number of any government contract | | |

**2.7**

| State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Hayden Hambly |
|---|---|---|
| | | 512 San Mateo |
| State the term remaining | 9 months | La Joya, TX 78560 |
| List the contract number of any government contract | | |

**2.8**

| State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Jesus Maltos |
|---|---|---|
| | | 508 San Mateo |
| State the term remaining | 7 months | La Joya, TX 78560 |
| List the contract number of any government contract | | |

**2.9**

| State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Jose Barrera |
|---|---|---|
| | | 437 W. 5th Street |
| State the term remaining | 7 months | La Joya, TX 78560 |
| List the contract number of any government contract | | |

**2.10**

| State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Krystal Hernandez |
|---|---|---|
| | | 430 San Mateo Ave. |
| State the term remaining | 12 months | La Joya, TX 78560 |
| List the contract number of any government contract | | |

**2.11**

| State what the contract or lease is for and the nature of the debtor's interest | Residential Lease Agreement | Oziel Vasquez |
|---|---|---|
| | | 424 San Mateo |
| State the term remaining | 7 months | Mcallen, TX 78501 |
| List the contract number of any government contract | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page __2__ of __3__

Debtor   **San Mateo IG, LLC**
Name

Case number (if known) **25-70219**

---

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page __3__ of __3__

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **San Mateo IG, LLC** |
| United States Bankruptcy Court for the: | **Southern**   District of   **Texas** |
| | (State) |
| Case number (If known): | **25-70219** |

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | San Mateo IG, LLC | Case number (if known) | 25-70219 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                Schedule H: Codebtors                page  2  of  2

Fill in this information to identify the case:

Debtor name _____ **San Mateo IG, LLC** _____

United States Bankruptcy Court for the:

_____ **Southern District of Texas** _____

Case number (if known): _____ **25-70219** _____   Chapter \_\_ **11** \_\_

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................................................................

      $1,800,000.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*.............................................................................................................................

      $13,133.49

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*..............................................................................................................................

      $1,813,133.49

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $1,000,002.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................................

      $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

      + $203,500.00

4. **Total liabilities**..................................................................................................................................................

   Lines 2 + 3a + 3b

   $1,203,502.00

Fill in this information to identify the case:

Debtor name _____ **San Mateo IG, LLC** _____

United States Bankruptcy Court for the:
_____ **Southern District of Texas** _____

Case number (if known): _____ **25-70219** _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $103,200.00 |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $154,800.00 |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $167,020.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | **Contribution from San Mateo Development Investment, LLC** | unknown |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | **Contribution from San Mateo Development Investment, LLC** | unknown |

| Debtor | **San Mateo TG, LLC** | Case number *(if known)* | **25-70219** |
|---|---|---|---|
| | Name | | |

| For the year before that: | From **01/01/2023** | to | **12/31/2023** | **Contribution from San Mateo** | |
|---|---|---|---|---|---|
| | MM/ DD/ YYYY | | MM/ DD/ YYYY | **Development Investment, LLC** | **unknown** |

---

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | _____ | _____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | _____<br>Street | _____ | | ☐ Suppliers or vendors |
| | _____ | _____ | | ☐ Services |
| | _____ | | | ☐ Other _____ |
| | City          State      ZIP Code | | | |

---

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **San Mateo Development Investment LLC**<br>Creditor's name | **2023-2025** | **$411,000.00** | **Turnover of rents to pay secured debt** |
| | **300 S. Col Rowe Blvd., Ste. AB**<br>Street | | | _____ |
| | | | | _____ |
| | **Mcallen, TX 78501**<br>City          State      ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

---

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

---

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City          State     ZIP Code | _____ | _____ | _____ |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City          State     ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **San Mateo IG LLC v. ABL RPC Residential Credit Acquisition LLC** | **Collections - Removal to Federal CA #7:25-cv-27** | **464th Judicial District Court of Hidalgo County, Texas** <br> Name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City          State     ZIP Code | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| | **Case number** <br><br> **C-2554-25-L and 7:25-cv-27** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| | Case number | Street |
| City          State    ZIP Code | | |
| | Date of order or assignment | City          State     ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City          State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6: Certain Payments or Transfers

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Martin & Drought, P.C. | Retainer/Bankruptcy | 08/07/2025 | $20,000.00 |
| | **Address** | | | |
| | 112 East Pecan Street 1616 | | | |
| | Street | | | |
| | San Antonio, TX 78205 | | | |
| | City                State      ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| | Casasnoval Capital Holdings | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Martin & Drought, P.C. | Attorney's Fee re lawsuit | 7/24/2025 | $10,000.00 |
| | **Address** | | | |
| | 112 East Pecan Street 1616 | | | |
| | Street | | | |
| | San Antonio, TX 78205 | | | |
| | City                State      ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| | Perla Casasnovas | | | |

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Martin & Drought, P.C. | Attorney's Fee - lawsuit TRO | 8/3/2025 | $10,000.00 |
| | **Address** | | | |
| | 112 East Pecan Street 1616 | | | |
| | Street | | | |
| | San Antonio, TX 78205 | | | |
| | City                State      ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| | Perla Casasnovas | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | San Mateo Development Investment LLC | San Mateo rents are paid to San Mateo Development Investment LLC to be used to pay debts and costs of operations | | (Unknown) |
| | Address | | | |
| | 300 S. Col Rowe Blvd., Ste. AB | | | |
| | Street | | | |
| | Mcallen, TX 78501 | | | |
| | City    State    ZIP Code | | | |
| | Relationship to debtor | | | |

**Part 7:** **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| | Street | |
| | | |
| | City    State    ZIP Code | |

Debtor    **San Mateo Land, LLC**                          Case number *(if known)*    **25-70219**
          Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City          State      ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **background information from tenants**

   Does the debtor have a privacy policy about that information?
   ☑ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?
   ☐ No
   ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 7

Debtor   **San Mateo, LLC**
Name
                                                                    Case number (if known)   **25-70219**

18.1 _____   XXXX– __ __ __ __   ☐ Checking   _____   _____
     Name                                           ☐ Savings
     _____                        ☐ Money market
     Street                                          ☐ Brokerage
     _____                        ☐ Other
     _____                              _____
     City          State   ZIP Code

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State   ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State   ZIP Code | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Tenants (See Schedule G)** | **San Mateo Development** | ~~Lease Security Deposits~~ | **$9,000.00** |
| Name | **Investment, LLC AB** | | |
| Street | | | |
| | **Mcallen, TX 78501** | | |
| City          State   ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- ▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City          State    ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City      State   ZIP Code | City      State   ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City      State   ZIP Code | City      State   ZIP Code | _____ | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br>_____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Moore Lyles McCarty & McGilvray, LLP**<br>Name<br>**501 W. Nolana Ave.**<br>Street<br><br>**McAllen, TX 78504**<br>City   State   ZIP Code | From **2022** To **2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Moore Lyles McCarty & McGilvray, LLP**<br>Name<br>**501 W. Nolana Ave.**<br>Street<br><br>**Mcallen, TX 78504**<br>City   State   ZIP Code | From **2022** To **2025** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |

Name _____    _____

Street _____    _____

_____    _____

City _____ State _____ ZIP Code _____

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rodney Martinez | 300 S. 2nd Street Mcallen, TX 78501 | , Owner | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

Casasnovas, James   300 S. 2nd Street AB Mcallen, TX 78501   , Member   From **June 2022**  To **June 2025**

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **San Mateo Development Investment LLC**<br>Name<br>**300 S. Col Rowe Blvd., Ste. AB**<br>Street<br><br>**Mcallen, TX 78501**<br>City   State   ZIP Code<br><br>Relationship to debtor<br>**Property Management** | **411,000.00 approximately** | **2022-2025** | **to pay ABL loan payments** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/19/2025___
   MM/ DD/ YYYY

X /s/ Perla Tamez          Printed name     **Perla Tamez**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **CEO**

Debtor    San Mateo LLC                                                Case number (if known)    25-70219
          Name

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **San Mateo IG, LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): **25-70219**

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ *Other document that requires a declaration* ___Declaration for Electronic Filing___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __08/19/2025__          X  __/s/ Perla Tamez__
　　　　　　　　MM/ DD/ YYYY                     Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　　 __Perla Tamez__
　　　　　　　　　　　　　　　　　　　　　　　 Printed name

　　　　　　　　　　　　　　　　　　　　　　　 __CEO__
　　　　　　　　　　　　　　　　　　　　　　　 Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**   San Mateo IG, LLC

Case No. _____ **25-70219** _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................................   **$20,000.00**

    Prior to the filing of this statement I have received ...............................................................   **$20,000.00**

    Balance Due ............................................................................................................................   **$0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)   **Casasnovas Capital Holdings**

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Adversary proceedings or other contested matters

B2030 (Form 2030) (12/15)

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____         _____ **/s/ Michael G. Colvard** _____

*Date*                           Michael G. Colvard
                               *Signature of Attorney*

                                        Bar Number: 04629200
                                        Martin & Drought, P.C.
                              112 East Pecan Street 1616
                                   San Antonio, TX 78205
                                   Phone: (210) 220-1384

_____ **Martin & Drought, P.C.** _____

*Name of law firm*

Date: _____ 08/19/2025 _____         _____ **/s/ Perla Tamez** _____

                                        *Perla Tamez*